IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Leo McClam, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 3:07-3050-TLW-JRM |
| vs. ) | |
| ) | |
| Dr. NFN Wadman; and Dr. NFN Corales, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

On September 7, 2007, the plaintiff filed the instant *pro se* action pursuant to 42 U.S.C. § 1983. (Doc. #1). On September 14, 2007, Magistrate Judge Joseph R. McCrorey, to whom this case had previously been assigned, issued a proper form Order, advising the plaintiff to provide necessary information and paperwork to bring this case into proper form for evaluation and possible service of process. (Doc. #7). The plaintiff was warned that failure to do so within the timetable set forth in the Order would subject the case to dismissal. (Doc. #7). The plaintiff partially complied with the Order. On November 1, 2007, Magistrate Judge McCrorey issued another proper form Order giving the plaintiff another opportunity to bring the case into proper form. The time to bring the case into proper form lapsed on December 11, 2007. On December 13, 2007, Magistrate Judge McCrorey issued a Report and Recommendation that this case be dismissed without prejudice pursuant to rule 41 of the Federal Rules of Civil Procedure. (Doc. #16). Objections to the Report were due on January 14, 2008. The plaintiff has not filed objections.

This Court is charged with conducting a de novo review of any portion of the Magistrate

1

Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #16) and the plaintiff's complaint dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

                                                        S/Terry L. Wooten

                                                        Terry L. Wooten
                                                        United States District Judge

June 6, 2008
Florence, South Carolina